UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                          Case No. 13-18494-EPK
STARFISH CAPITAL LLC,                                           Chapter 11
Debtor.
_____/

## CORPORATE OWNERSHIP STATEMENT

As required by Fed.R.Bankr.P. 1007(a)(1), the debtor now files this Corporate Ownership Statement and reports as follows:

Debtor is a "corporation" as defined in 11 U.S.C. §101(9) but has no entities to report under Fed.R.Bankr.P. 1007(a)(1).

The debtor declares under penalty of perjury that this Corporate Ownership Statement is true and correct.

**I hereby certify** that a true and correct copy of the foregoing was served upon all parties as indicated, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party

JOEL M. ARESTY, P.A.
Counsel for Debtor
**Offices at Sailboat Cay**
**13499 Biscayne Blvd**
**STE T3 (18th Floor)**
**North Miami, FL 33181-2061**
**Phone: 305-904-1903**
**Fax: 877-350-9402**
E-mail: Aresty@Mac.com
http://www.Joelaresty.com
By: /s: Joel M. Aresty
Fla. Bar No. 197483

Copies to:  Debtor  U.S. trustee