B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

In re   Starfish Capital LLC,  
          Debtor

Case No.    13-18494 EPK

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| DRTW<br>17 W 17  9th floor<br>New York, New York 10011 | | | | $5,000,000.00 |
| Wedbush Securities<br>1000 Wilshire Boulevard Ste 830<br>Los Angeles, California 90017 | | | | $3,800,000.00 |
| Peak Venture Partners<br>25 gordon place<br>Verona, New Jersey 07044 | | | | $3,000,000.00 |
| Acclaim Group<br>Park City, Utah | | | | $770,000.00 |

B 4 (Official Form 4) (12/07)

| | | |
|---|---|---|
| Social Internet Fund<br>36 east 41st<br>New York, New York<br>10021 | | $710,000.00 |
| Karim Samra<br>131 East 31 st<br>New York, New York<br>10021 | | $500,000.00 |
| Zeshan Holdings Ltd<br>4208 Ramsay Road<br>Edmonton, Alberta<br>T6H 5R2 Canada | | $100,000.00 |
| Barry Lederman<br>150 W 57<br>New York, New York<br>10023 | | $0.00 |

Date: April 23, 2013

s/Sean L. Sullivan
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Sean L. Sullivan, ***Debtor corporate signatory type MC*** of Starfish Capital LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing ***Bankruptcy document name TE*** and that it is true and correct to the best of my information and belief.

Date:   April 23, 2013                    s/Sean L. Sullivan
                                          Sean L. Sullivan, ***Debtor corporate signatory
                                          type MC***