UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                Case No. 13-18494-EPK
STARFISH CAPITAL LLC,                                    Chapter 11
Debtor.
_____/

DEBTOR IN POSSESSION'S AMENDED APPLICATION
FOR INTERIM AND FINAL EMPLOYMENT OF ATTORNEYS

Debtor respectfully requests an order of the court authorizing the interim and final employment of Joel M. Aresty of the law firm of Joel M. Aresty, P.A. to represent the debtor in this case and states:

1. On 4/15/13 the debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code.
2. The debtor desires to employ said attorneys as attorney(s) in this case.
3. The debtor believes that the attorneys are qualified to practice in this court and qualified to advise the debtor on his relations with, and responsibilities to, the creditors and other interested parties.
4. The professional services the attorneys will render are summarized as follows:
   (a) To give advice to the debtor with respect to its powers and duties as a debtor in possession and the continued management of its business operations;
   (b) To advise the debtor with respect to its responsibilities in complying with the U.S. trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;
   (c) To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;
   (d) To protect the interest of the debtor in all matters pending before the court;
   (e) To represent the debtor in negotiation with its creditors in the preparation of a plan.
5. To the best of the debtor's knowledge, neither said attorneys nor said law firms have any connection with the creditors or other parties in interest or their respective attorney other than prepetition representation in the mortgage foreclosure leading up to this case. No prepetition fees or costs are owing.
6. Attached to this motion is the proposed attorneys' affidavit demonstrating proposed counsel are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

WHEREFORE, the debtors respectfully requests an order authorizing retention of Joel Aresty on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

Signature
STARFISH CAPITAL LLC
By

_____
Sean L. Sullivan MGM

**Certificate Of Service**

**I hereby certify** that a true and correct copy of the foregoing was served upon all parties as indicated below, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party.


JOEL M. ARESTY, P.A.
Counsel for Debtor
**Offices at Sailboat Cay**
**13499 Biscayne Blvd**
**STE T3 (18th Floor)**
**North Miami, FL 33181-2061**
**Phone: 305-904-1903**
**Fax: 877-350-9402**
E-mail: Aresty@Mac.com
http://www.Joelaresty.com

By: /sJoel M. Aresty
Fla. Bar No. 197483


Copies to:
Debtor
U.S. trustee
Attorney for Creditor's Committee or
 if none 20 largest unsecured creditors
All Appearances