LF-93 (rev. 06/02/08) Page 1 of 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                                    Case No. 13-18494-EPK
STARFISH CAPITAL LLC,                                              Chapter 11
Debtor.
_____/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): 4/15/13

2. Names, case numbers and dates of filing of related debtors: Starfish owns 50% of debtor Case Name:    Black Diamond Hospitality MK LLC
Case Number: 13-12876-AJC, filed 2/7/13.

3. Description of debtor's business:  Investment Holding Company

4. Locations of debtor's operations and whether the business premises are leased or owned: 3960 S. Ocean Blvd, Delray Beach, Florida.

5. Reasons for filing chapter 11: Notice of $5 million put filing from DRTW LLC

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:  Helena Houdova and Sean Sullivan. Sean makes $120,000

**7.** Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition**: $250,000**

8. Amounts owed to various creditors: $10 million

a. Obligations owed to priority creditors including priority tax obligations: None.

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral:  Acclaim Group: $710k

c. Amount of unsecured claims: estimated insider claims: non-insider: plus deficiency claims. $1mln

9. General description and approximate value of the debtor's assets, Debtor owns : BDHMK $1mln. Twitter Call Option $3mln, Utah House $1.5mln, NYC Townhouse $2mln

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires. N/A

11. Number of employees and amounts of wages owed as of petition date: 3, $55k

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):  N/A

13. Anticipated emergency relief to be requested within 14 days from the petition date: employ attorney.  Stopping the Put obligation from DRTW LLC

Signature
STARFISH CAPITAL LLC
s/:Sean L. Sullivan MGM

**I hereby certify** that a true and correct copy of the foregoing was served upon all parties as indicated, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party

JOEL M. ARESTY, P.A.
Counsel for Debtor
**Offices at Sailboat Cay**
**13499 Biscayne Blvd**
**STE T3 (18th Floor)**
**North Miami, FL 33181-2061**
**Phone: 305-904-1903**
**Fax: 877-350-9402**
E-mail: Aresty@Mac.com
http://www.Joelaresty.com
By: /s: Joel M. Aresty
Fla. Bar No. 197483

Copies to:  Debtor  U.S. trustee