UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CHAPTER 11

STARFISH CAPITAL, LLC,                              CASE NO. 13-18494

               Debtor.
_____/

### JOINDER OF DRTW, LLC, DS VENTURES, LLC AND DONALD RUBIN IN U.S. TRUSTEE'S SECOND MOTION TO DISMISS OR CONVERT CASE

DRTW, LLC, DS Ventures, LLC, and Donald Rubin join in the U.S. Trustee's Motion to dismiss or convert this case.

This debtor is a personal holding company that conducts no business and has never had any income or employees. It has no funds and only a small number of illiquid assets. It is questionable whether those assets have any realizable value.

The debtor also claims that it has no books and records, and it has never filed tax returns. In addition, as detailed in the U.S. Trustee's motion, the debtor has taken a cavalier approach towards providing information about its limited number of assets and liabilities. In addition, at the May 14, 2013 meeting of creditors, the debtor was unable to explain the basis of the scheduled $3 million liability to Peak Ventures, LLC, an insider which is under common control with the debtor.

In these circumstances, it is clear that this chapter 11 case should never have been filed. It serves no legitimate bankruptcy purpose. There is no apparent means of paying administrative obligations, including the U.S. Trustee's fees. Continuance of this proceeding will only put creditors in a progressively worse position.

- 2 -

The absence of income, funds on hand or liquid assets indicates that there is no available means of funding a restructuring of the debtor's affairs.  It is also critical that the debtor is not meeting the disclosure and reporting responsibilities expected of a debtor in chapter 11, as outlined in the U.S. Trustee's motion.  Therefore, ample cause for granting the U.S. Trustee's motion exists.  Given the lack of funds, the nature of the debtor's assets and its limited number of creditors, dismissal of the case rather than conversion to a Chapter 7 liquidation would be in the best interests of creditors.

## **CERTIFICATION**

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in the local rules.

*\*\*\*The remainder of this page is intentionally left blank\*\*\**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 17, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Joel M. Aresty, Esq., Attorney for Debtor, 13499 Biscayne Blvd., #T-3, N. Miami, FL 33181 and Heidi A. Feinman, Office of the US Trustee, 51 SW 1st Ave., #1204, Miami, FL 33130 and also served a copy via email to Stephen T. Bobo, Esq. (sbobo@reedsmith.com), Reed Smith, LLP, co-counsel for DRTW, LLC, DS Ventures, LLC and Donald Rubin, 10 S. Wacker Drive, 40th Floor, Chicago, IL 60606.

    Respectfully submitted,

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone:   (561) 686-3307
Facsimile:   (561) 656-6547
E-mail:   mnullman@nasonyeager.com
*Attorneys for Creditors DRTW, LLC, DS Ventures, LLC and Donald Rubin*
Florida Bar No.: 17596


By:   s/ Michael H. Nullman   .
    MICHAEL H. NULLMAN

REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312-207-1000
Facsimile: 312-207-6400
E-mail: SBobo@ReedSmith.com
*Attorneys for Creditors DRTW, LLC, DS Ventures, LLC and Donald Rubin*


By: s/Stephen T. Bobo_____
    STEPHEN T. BOBO