**B26 (Official Form 26) (12/08)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                     Case No. 13-18494-EPK
STARFISH CAPITAL LLC,                          Chapter 11
Debtor.
_____/

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF STARFISH CAPITAL LLC, <u>HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST</u>

This is the report as of <u>6/19/13</u> on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3.  The estate of STARFISH CAPITAL LLC, holds a substantial or controlling interest in the following entities:

| Entity | Interest | Tab # |
|---|---|---|
| 308 W 78 LLC (DE) | 100% | attached |
| BDH BMK LLC* | 50% | attached |

* Case Name:         Black Diamond Hospitality MK LLC
Case Number:        13-12876-AJC

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits.  Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report.  It also contains a description of the valuation method used.  Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                        2

Date:  6/19/13

*Omar Amanat*
_____
Signature of Authorized Individual

Omar Amanat
_____
Name of Authorized Individual

DIP Representative
_____
Title of Authorized Individual

B26 (Official Form 26) (12/08) – Cont.                                                3

**Exhibit A**
**Valuation Estimate for [Name of Entity]**


[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used.  This valuation must be no more than two years old.  Indicate the source of this information.]


| Entity | Interest | Value |
|---|---|---|
| 308 W 78 LLC (DE) | 100% | $1,300,000 net |
| BDH BMK LLC | 50% | $1,250,000 |

308
Basis    appraisal
date     2012
method real estate appraisal

BDH
Basis    liquidation
Date     2013
Method cost basis

B26 (Official Form 26) (12/08) – Cont.                                              4

**Exhibit B**
**Financial Statements**

| Entity | Interest | |
|---|---|---|
| 308 W 78 LLC (DE) | 100% | none |
| BDH BMK LLC | 50% | none |

See attached report re 308
And bankruptcy schedules for BDH

B26 (Official Form 26) (12/08) – Cont.                                                         5

**Exhibit B-1**
**Balance Sheet for [Name of Entity]**
As of [date]

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

| Entity | Interest | |
|---|---|---|
| 308 W 78 LLC (DE) | 100% | |
| BDH BMK LLC | 50% | |

308 $3,325 million debt
$1,300,ooo equity

see BDH schedules attached

B26 (Official Form 26) (12/08) – Cont.                                                                 6

## Exhibit B-2
## <u>Statement of Income (Loss)</u>
Period ending [date]

[Provide a statement of income (loss) for the following periods:

(i) For the initial report:
a. the period between the end of the preceding fiscal year and the end of the
   most recent six-month period of the current fiscal year; and
b. the prior fiscal year.
(ii)

308 attached
BD none

(iii)    For subsequent reports, since the closing date of the last

report. Indicate the source of this information.]

B26 (Official Form 26) (12/08) – Cont.                                                                    7

**Exhibit B-3**
**Statement of Cash Flows for [Name of Entity]**
For the period ending [date]


[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
            a. the period between the end of the preceding fiscal year and the end of the
               most recent six-month period of the current fiscal year; and
            b. the prior fiscal year.

Attached for 308
BD none

    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

B26 (Official Form 26) (12/08) – Cont.                                                    8

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit)**
period ending [date]

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

   (i) For the initial report:
            a. the period between the end of the preceding fiscal year and the end of the
               most recent six-month period of the current fiscal year; and
            b. the prior fiscal year.

No

   (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

B26 (Official Form 26) (12/08) – Cont.                                                    5

**Exhibit B-1**

**Exhibit C**
**Description of Operations for [name of entity]**

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s).  Indicate the source of this information.]

| Entity | Interest | |
|---|---|---|
| 308 W 78 LLC (DE) | 100% | rent real estate |
| BDH BMK LLC | 50% | holding co |

Both holding companies

DIP BDH is trying to save Virginia property

B26 (Official Form 26) (12/08) – Cont.                                                                9

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court
## Southern District of Florida

In re  **Black Diamond Hospitality MK LLC** _____,  Case No.  **13-12876 AJC** _____

Debtor

Chapter  **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $      4.700.000.00 | | |
| B - Personal Property | YES | 3 | $      8.300.000.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $      6.086.000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $      0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $      5.960.666.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 13 | $    13,000,000.00 | $    12,046,666.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Black Diamond Hospitality MK LLC**                              ,      Case No.   **13-12876 AJC**
                                                Debtor                             Chapter   **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| TOTAL | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **0.00** |
| Average Expenses (from Schedule J, Line 18) | $ | **0.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **0.00** |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | **1,386,000.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | **0.00** | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | **0.00** |
| 4. Total from Schedule F | | | $ | **5,967,166.00** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | **7,353,166.00** |

**B6A (Official Form 6A) (12/07)**

In re:   **Black Diamond Hospitality MK LLC**                              .          Case No.   13-12876 AJC
                                    Debtor                                                          (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **3170 Ariana Drive, Oakton, Virginia 22124** | | | **$4,700,000.00** | **$6,086,000.00** |
| | **Total** ➢ | | **$4,700,000.00** | |
| | | | (Report also on Summary of Schedules.) | |

B6B (Official Form 6B) (12/07)

In re   **Black Diamond Hospitality MK LLC**                            ,        Case No.  **13-12876 AJC**

Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Gestin LLC** | | **3,150,000.00** |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **RI Portfolio LLC** | | **3,150,000.00** |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Black Diamond Hospitality MK LLC**_____,    Case No. **13-12876 AJC**_____
  Debtor                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **claim against Stewart Title re mortgage** | | **1,000,000.00** |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **misappropriated income diverted from debtor** | | **1,000,000.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Black Diamond Hospitality MK LLC** _____,          Case No.  **13-12876 AJC** _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | __2__ continuation sheets attached          Total ▸ | | **$8,300,000.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  **Black Diamond Hospitality MK LLC**                          .  Case No.  **13-12876 AJC**

Debtor                                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Black Diamond Hospitality MK LLC**<br>**16275 Collins Avenue Apt 1701**<br>**Sunny Isles Beach, FL 33160** | | | **Mortgage**<br>**3170 Ariana Drive,**<br>**Oakton, Virginia 22124**<br><br>**VALUE $4,700,000.00** | | | | 3,000,000.00 | 1,386,000.00 |
| ACCOUNT NO.<br><br>**Dashco, Inc.**<br>**11350 RANDOM HILLS RD, 72**<br>**FAIRFAX, VA 22030-6044**<br><br><br>**Robert B. Baumgartner, Esq**<br>**Substitute Trustee**<br>**HALE CARLSON BAUMGARTNER, ·PLC**<br>**10511 Judicial Drive**<br>**Fairfax, VA. 22030**<br><br>**Kevin J. Kelley, Trustee**<br>**4200 Evergreen Lane**<br>**Suite 313**<br>**Annandale, VA 22003** | | | **Second Lien on Residence**<br>**3170 Ariana Drive,**<br>**Oakton, Virginia 22124**<br><br>**VALUE $4,700,000.00** | | | | 1,086,000.00 | 0.00 |
| ACCOUNT NO.<br><br>**Suntrust Mortgage**<br>**901 Semmes Avenue**<br>**Richmond, VA 23224** | | | **First Lien on Residence**<br>**3170 Ariana Drive,**<br>**Oakton, Virginia 22124**<br><br>**VALUE $4,700,000.00** | | | X | 2,000,000.00 | 0.00 |

<u>0</u>     continuation sheets
        attached

Subtotal  ➢
(Total of this page)

$  **6,086,000.00** $ **1,386,000.00**

Total  ➢
(Use only on last page)

$  **6,086,000.00** $ **1,386,000.00**

(Report also on Summary of    (If applicable, report
Schedules)                              also on Statistical
                                              Summary of Certain
                                              Liabilities and
                                              Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Black Diamond Hospitality MK LLC**
_____
Debtor

Case No.   **13-12876 AJC**
_____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re    **Black Diamond Hospitality MK LLC** _____    Case No.    <u>13-12876 AJC</u>
                              Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $ 0.00 | $ 0.00 $ 0.00 |
| Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | |
| Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 0.00 $ 0.00 |

B6F (Official Form 6F) (12/07)

In re  **Black Diamond Hospitality MK LLC**                    Case No.  **13-12876 AJC**
                           **Debtor**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**.Maniel Consulting LLC**<br>**Jonathan Propp**<br>**748 Ridge Drive**<br>**McLean VA, 22101** | | | consulting | | | | **6,000.00** |
| ACCOUNT NO.<br><br>**Ali Baheri**<br>**1412 Julia Avenue**<br>**McLean, VA 22101** | | | | | | | **25,000.00** |
| ACCOUNT NO.<br><br>**Anna Kober**<br>**75 Alta Vista Drive**<br>**Ringwood, NJ 07456** | | | | | | | **3,000.00** |
| ACCOUNT NO.<br><br>**ATT**<br>**208 South Akard Street**<br>**Dallas, TX 75202** | | | | | | | **4,809.00** |
| ACCOUNT NO.<br><br>**Dominico VA Power**<br>**120 Tredegar Stree**<br>**Richmond, VA 23219** | | | utility | | | | **4,213.00** |

   3  Continuation sheets attached

Subtotal ➤ $     **43,022.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Black Diamond Hospitality MK LLC**                              Case No.  **13-12876 AJC**
                                                        Debtor                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Erik Holling**<br>**409 Vanderbilt Lane**<br>**Portsmouth, RI 02871** | | | | | | | **25,000.00** |
| ACCOUNT NO.<br><br>**Fairfax Water Department**<br>**8570 Executive Park Avenue**<br>**Fairfax, VA 22031** | | | | | | | **1,245.00** |
| ACCOUNT NO.<br><br>**Kevin D Astl, ESQ**<br>**PO Box 7916**<br>**Wesley Chapel, FL 33545** | | | **services** | | | | **5,000.00** |
| ACCOUNT NO.<br><br>**Matt Sanders**<br>**12673 81st Ter**<br>**Seminole, FL 33776** | | | | | | | **10,000.00** |
| ACCOUNT NO.<br><br>**Omar Amanat**<br>**68 windsor Drive,**<br>** Pine Brook, NJ 07058** | | | **loan** | | | | **1,365,000.00** |

                 3   Continuation sheets attached

Sheet no.  1 of 3 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                      Subtotal  >  $           **1,406,245.00**


                                                                      Total  >  $

                                        **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                        **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Black Diamond Hospitality MK LLC**                    Case No. **13-12876 AJC**
_____                         _____
                Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **20,000.00** |
| **RM Capital Management, LLC** **437 Madison Avenue, 24th Floor** **New York, NY 10022** | | | | | | | |
| ACCOUNT NO. | | | | | | | **233,000.00** |
| **The Mottley Law Firm** **1700 Bayberry Court Ste 203** **Richmond Virginia, 23226** | | | services | | | | |
| ACCOUNT NO. | | | | | | | **5,000.00** |
| **Thomas A Smith, ESQ.** **10042 Woodstock Rd** **Odessa, FL 33556** | | | services | | | | |
| ACCOUNT NO. | | | | | | | **4,200,000.00** |
| **Vani Lalwani** **16275 Collins Avenue Apt 1701** **Sunny Isles Beach, FL 33160** | | | loan | | | | |
| ACCOUNT NO. | | | | | | | **933.00** |
| **Verizon** **140 West Street** **New York, NY 10007** | | | | | | | |

    3   Continuation sheets attached

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⟩  $ **4,458,933.00**

Total  ⟩  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Black Diamond Hospitality MK LLC**                                Case No.  **13-12876 AJC**
                                        Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Vipul Kabaria**<br>**13910 N Dale Mabry Hwy**<br>**Tampa, FL 33618** | | | | | | | **18,000.00** |
| ACCOUNT NO.<br><br>**Ward & Ward, P.L.L.C**<br>**2020 N Street, N.W.**<br>**Washington DC 20036** | | | services | | | | **33,000.00** |
| ACCOUNT NO.<br><br>**Washington Gas**<br>**101 Constitution Avenue, NW**<br>**Washington, DC 20080** | | | | | | | **1,466.00** |

_3_  Continuation sheets attached

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            **52,466.00**

Total  ➤  $          **5,960,666.00**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **Black Diamond Hospitality MK LLC**
_____,     Case No.  **13-12876 AJC**_____
                    **Debtor**                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re:  **Black Diamond Hospitality MK LLC**                     .          Case No.    **13-12876 AJC**
_____                                    _____
                          Debtor                                                    (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

# United States Bankruptcy Court
## Southern District of Florida

In re:  **Black Diamond Hospitality MK LLC**                    Case No.  **13-12876 AJC**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Starfish Capital LLC (NV)**<br>**Omar Amanat**<br>**68 windsor Drive**<br>**Pine Brook, NJ 07058** | | **1** | **50%** |
| **Vani Lalwani**<br>**16275 Collins Avenue Apt 1701**<br>**Sunny Isles Beach, FL 33160** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Vani Lalwani**, **MGM** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  __3/7/2013_____          **s/ Vani Lalwani**_____

                                              **Vani Lalwani, MGM, Black Diamond Hospitality MK LLC**
                                              Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Black Diamond Hospitality MK LLC**
                 Debtor

Case No.  **13-12876 AJC**
         (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Vani Lalwani**, the **MGM** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **14**   sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date   **3/7/2013**               Signature:  **s/ Vani Lalwani**

                                              **Vani Lalwani MGM**
                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida**

In re:  **Black Diamond Hospitality MK LLC**                    ,          Case No. **13-12876 AJC**

                                                  Debtor                                        (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **0.00** | **income** | **2011** |
| **0.00** | **iincome** | **2012** |
| **0.00** | **income** | **2013** |

---

### 2.  Income other than from employment or operation of business

None

☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

---

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None

☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

**None** ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

*\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**None** ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

**None** ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

**None** ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5.   Repossessions, foreclosures and returns

**None** ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None

☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  | TERMS OF |
| NAME AND ADDRESS | DATE OF | ASSIGNMENT |
| OF ASSIGNEE | ASSIGNMENT | OR SETTLEMENT |

None

☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | NAME AND ADDRESS |  | DESCRIPTION |
| NAME AND ADDRESS | OF COURT | DATE OF | AND VALUE OF |
| OF CUSTODIAN | CASE TITLE & NUMBER | ORDER | PROPERTY |

## 7. Gifts

None

☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | RELATIONSHIP |  | DESCRIPTION |
| OF PERSON | TO DEBTOR, | DATE | AND VALUE OF |
| OR ORGANIZATION | IF ANY | OF GIFT | GIFT |

## 8. Losses

None

☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION | DESCRIPTION OF CIRCUMSTANCES AND, IF |  |
| AND VALUE OF | LOSS WAS COVERED IN WHOLE OR IN PART | DATE OF |
| PROPERTY | BY INSURANCE, GIVE PARTICULARS | LOSS |
| **$1,000,000** | **title company missed prior mortgage** |  |
| **$1,000,000** | **former owner misappropriated income** |  |

## 9. Payments related to debt counseling or bankruptcy

None

☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

|  | DATE OF PAYMENT, | AMOUNT OF MONEY OR |
| NAME AND ADDRESS | NAME OF PAYOR IF | DESCRIPTION AND VALUE |
| OF PAYEE | OTHER THAN DEBTOR | OF PROPERTY |
| **Joel Aresty** | **received from affiliate** | **$5,000 plus $1,000 costs** |

4

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

5

## 14. Property held for another person

None

☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS | DESCRIPTION AND VALUE | |
| OF OWNER | OF PROPERTY | LOCATION OF PROPERTY |

## 15. Prior address of debtor

None

☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

## 16. Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

☑

a.    List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND | NAME  AND ADDRESS | DATE OF | ENVIRONMENTAL |
| ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

None

☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND | NAME  AND ADDRESS | DATE OF | ENVIRONMENTAL |
| ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

6

None
☑

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18.  Nature, location and name of business

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
☑

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

## 19.  Books, records and financial statements

None
☑

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None
☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| **Vani Lalwani** | **16275 Collins Avenue Apt 1701 Sunny Isles Beach, FL 33160** |

None
☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

## 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Vani Lalwani**<br>**16275 Collins Avenue Apt 1701**<br>**Sunny Isles Beach, FL 33160** | **MGM** | **50%** |

## 22. Former partners, officers, directors and shareholders

None
☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☑

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8

## 24. Tax Consolidation Group.

None

☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION         TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None

☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND         TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **3/7/2013**

Signature   **s/ Vani Lalwani**

**Vani Lalwani, MGM**

Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

**6/11/2013**

**J & M Realty Services Corp.**

**5:06:48PM**

**User:   JESSICA**

## Statement Reconcile Report

**Page 1 of 1**

Checking Account Key :   449374920
Bank Name :   JP MORGAN CHASE   (308W78)

### Statement Balance

| Date | Debit / Credit | Check No. | Description | Amount |
|------|----------------|-----------|-------------|--------|
| | | | 05/31/2013      Statement Balance | 11,399.32 |
| 02/01/2013 | | REMOVE | Removed Check      104 | (1,250.00) |
| | | | Adjusted Statement Balance | 10,149.32 |

### Check Book Balance

| Date | Debit / Credit | Check No. | Description | Amount |
|------|----------------|-----------|-------------|--------|
| | | | 04/30/2013      Reconciled Balance | 3,421.73 |
| 05/01/2013 | Credit | RECEIPTS | CR batch 393, Prop/Co. 308W78 | 2,400.00 |
| 05/03/2013 | Credit | RECEIPTS | CR batch 426, Prop/Co. 308W78 | 964.99 |
| 05/03/2013 | Credit | RECEIPTS | CR batch 448, Prop/Co. 308W78 | 2,500.00 |
| 05/08/2013 | Credit | RECEIPTS | CR batch 503, Prop/Co. 308W78 | 1,050.00 |
| 05/13/2013 | Credit | RECEIPTS | CR batch 538, Prop/Co. 308W78 | 705.49 |
| 05/29/2013 | Credit | RECEIPTS | CR batch 602, Prop/Co. 308W78 | 7,912.49 |
| 05/02/2013 | Debit | 000092 | AFCO | (795.74) |
| 05/02/2013 | Debit | 000093 | J-J PLUMBING CORP. | (1,500.00) |
| 05/03/2013 | Debit | 000094 | ROY'S SEWER SERVICE LTD. | (179.64) |
| 05/10/2013 | Debit | 000EFT | CON EDISON | (1,058.77) |
| 05/16/2013 | Debit | 000095 | J-J PLUMBING CORP. | (550.00) |
| 05/16/2013 | Debit | 000096 | QUINN EXTERMINATING CO | (163.32) |
| 05/16/2013 | Debit | 000097 | SOS LOCKSMITH CORP. | (136.09) |
| 05/22/2013 | Debit | 000098 | J&M REALTY SERVICES CORP. | (363.08) |
| 05/24/2013 | Debit | 000099 | AFCO | (795.74) |
| 05/28/2013 | Debit | 000EFT | NEW YORK CITY DEPT OF FINANCE | (2,013.00) |
| | | | Adjusted Reconciled Balance | 11,399.32 |

### Unreconciled Transactions

| Date | Debit / Credit | Check No. | Description | Amount |
|------|----------------|-----------|-------------|--------|
| 02/01/2013 | | REMOVE | Removed Check      104 | (1,250.00) |
| | | | Adjusted Check Book Balance | 10,149.32 |

### In Balance



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

May 01, 2013 through May 31, 2013
Account Number: **000000449374920**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00105677 DHE 802 210 15213 NNNNNNNNNNN  1 000000000 69 0000

J&M REALTY SERVICES
\AS AGENT FOR TOWNHOUSE 308W78 LLC
C/O J&M REALTY SERVICES CORP
343 SAINT NICHOLAS AVE # 1
NEW YORK NY 10027-7660

## CHECKING SUMMARY     Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,421.73** |
| Deposits and Additions | 6 | 15,532.97 |
| Checks Paid | 8 | - 4,483.61 |
| Electronic Withdrawals | 2 | - 3,071.77 |
| **Ending Balance** | **16** | **$11,399.32** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/01 | Deposit      478940674 | | $2,400.00 |
| 05/03 | Deposit      479409707 | | 2,500.00 |
| 05/03 | Remote Online Deposit | 41 | 964.99 |
| 05/08 | Deposit      479409804 | | 1,050.00 |
| 05/13 | Deposit      478901811 | | 705.49 |
| 05/29 | Remote Online Deposit | 41 | 7,912.49 |
| **Total Deposits and Additions** | | | **$15,532.97** |



May 01, 2013 through May 31, 2013

Account Number:  **000000449374920**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 92  ^ | | 05/06 | $795.74 |
| 93  ^ | | 05/10 | 1,500.00 |
| 94  ^ | | 05/20 | 179.64 |
| 95  ^ | | 05/28 | 550.00 |
| 96  ^ | | 05/23 | 163.32 |
| 97  ^ | | 05/24 | 136.09 |
| 98  ^ | | 05/23 | 363.08 |
| 99  ^ | | 05/29 | 795.74 |
| **Total Checks Paid** | | | **$4,483.61** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/13 | Con Ed of NY   Intell Ck | PPD ID: 0135009340 | $1,058.77 |
| 05/29 | Nyc Dept of Fin  Property  3589540001 | Web ID: 1136400434 | 2,013.00 |
| **Total Electronic Withdrawals** | | | **$3,071.77** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 05/01 | $5,821.73 | 05/20 | 7,508.06 |
| 05/03 | 9,286.72 | 05/23 | 6,981.66 |
| 05/06 | 8,490.98 | 05/24 | 6,845.57 |
| 05/08 | 9,540.98 | 05/28 | 6,295.57 |
| 05/10 | 8,040.98 | 05/29 | 11,399.32 |
| 05/13 | 7,687.70 | | |

## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month.  Your monthly service fee can continue to be waived in five different ways during any statement period:
- Maintain an average daily balance of $7,500.00.  Your average daily balance was $8,093.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $7,835.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card.  You spent $0.00.  OR
- Pay at least $50.00 in qualifying checking-related services or fees.  You paid $0.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.



May 01, 2013 through May 31, 2013
Account Number: **000000449374920**

## SERVICE CHARGE SUMMARY    *(continued)*

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 10 |
| Deposits / Credits | 4 |
| Deposited Items | 12 |
| **Transaction Total** | **26** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $18.00 |
| Service Fee Credit | -$18.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |





May 01, 2013 through May 31, 2013

Account Number:  **000000449374920**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  Step 1 Balance:  $_____

2. List and total all deposits & additions   not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.  Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

5/1/2013
User: JESSICA

**J & M Realty Services Corp.**

12:24:08PM
Page 26 of 43

## Rent Roll Report

Property : TOWNHOUSE 308W78 LLC

| Unit Reference Number | Occupant Name | Monthly Rent | Square Feet | Rent Per Square Feet | Lease Starting Date | Lease Exp Date | Deposits Held |
|---|---|---|---|---|---|---|---|
| 308W78-3F | FARBER, LISA | 1,176.75 | 0 | 0.00/yr | 8/01/12 | 7/31/2014 | 0.00 |
| 308W78-3R | LEVIN, MYLES | 2,400.00 | 0 | 0.00/yr | 8/01/12 | 7/31/2013 | 2,400.00 |
| 308W78-4F | MACHUNZE, KERRIE MONICA | 2,500.00 | 0 | 0.00/yr | 3/01/13 | 2/28/2015 | 2,500.00 |
| 308W78-4R | BLOCH, JOHN | 631.71 | 0 | 0.00/yr | 11/01/10 | 10/31/2013 | 0.00 |
| 308W78-5F | BLAYLOCK, CHERYL | 705.49 | 0 | 0.00/yr | 3/01/13 | 2/28/2015 | 0.00 |
| 308W78-5R | MOYNIHAN, JACK | 333.28 | 0 | 0.00/yr | 9/01/12 | 8/31/2014 | 0.00 |
| 308W78-5RW | TAXIERA, MARC | 1,050.00 | 0 | 0.00/yr | 2/01/13 | 1/31/2014 | 0.00 |

**PROPERTY TOTALS :**

| | | ____Percentage of Occupied Units____ | |
|---|---|---|---|
| Total Occupied Rents | 8,797.23 | Total Occupied Units | 7 |
| Total Vacant Rents | 0.00 | Total Vacant Units | 0 |
| Total Gross Rents | 8,797.23 | Total Units | 7 |
| Total Square Footage | 0 | Percentage Occupied | 100% |
| Average Rent/Sq. Ft. /Yr. | 0.00 | ____ Percentage of Occupied Sq. Feet ___ | |
| Average Rent/Sq. Ft. /Mth | 0.00 | Total Occupied Sq. Feet | 0 |
| Total Security Deposits | 4,900.00 | Total Vacant Sq. Feet | 0 |
| | | Total Square Footage | 0 |
| | | Percentage Occupied | 0% |

6/12/2013
User:   JESSICA

**J & M Realty Services Corp.**

| Cash Journal |
| :---: |

3:17:18PM
Page 15 of 29

**Property : TOWNHOUSE 308W78 LLC**

**5/1/2013 thru 5/31/2013**

| Unit Ref. Number | Name | Type | Description | Date Received | Amount |
| --- | --- | --- | --- | --- | --- |
| 308W78-3F | FARBER, LISA | CASH | Pymt. Batch 602 Check 1673 | 5/29/13 | 1,176.75 |
| | | CASH | Pymt. Batch 602 Check 1674 | 5/29/13 | 1,176.75 |
| | | CASH | Pymt. Batch 602 Check 1675 | 5/29/13 | 1,176.75 |
| | | CASH | Pymt. Batch 602 Check 1676 | 5/29/13 | 1,176.75 |
| 308W78-3R | LEVIN, MYLES | CASH | Pymt. Batch 393 Check 1262 | 5/01/13 | 2,400.00 |
| 308W78-4F | MACHUNZE, KERRIE MONICA | CASH | Pymt. Batch 448 Check 145 | 5/03/13 | 2,500.00 |
| | | CASH | Pymt. Batch 602 Check 170 | 5/29/13 | 2,500.00 |
| 308W78-4R | BLOCH, JOHN | CASH | Pymt. Batch 426 Check 333 | 5/03/13 | 631.71 |
| 308W78-5F | BLAYLOCK, CHERYL | CASH | Pymt. Batch 538 Check 1671 | 5/13/13 | 705.49 |
| | | CASH | Pymt. Batch 602 Check 191 | 5/29/13 | 705.49 |
| 308W78-5R | MOYNIHAN, JACK | CASH | Pymt. Batch 426 Check 2043 | 5/03/13 | 333.28 |
| 308W78-5RW | TAXIERA, MARC | CASH | Pymt. Batch 503 Check 11652 | 5/08/13 | 1,050.00 |
| | | | | | 15,532.97 |

**P R O P E R T Y   T O T A L S :**

| | |
| --- | --- |
| Total Checks and Cash Received | 15,532.97 |
| Total Checks Removed | 0.00 |
| Total Overpayment Refunds | 0.00 |
| Total NSF Checks | 0.00 |
| Deposit Refunds | 0.00 |

**TOTAL CHECKS AND CASH RECEIVED :**

| | Chrg Code | Total Amount |
| --- | --- | --- |
| Monthly Rent | RNT | 15,532.97 |
| | Total | 15,532.97 |

6/12/2013
User: JESSICA

Case 13-18494-EPK   Doc 61   Filed 06/19/13   Page 43 of 52

J & M Realty Services Corp.

3:23:10PM
Page 54 of 92

## Activity Reconciliation Report

**5/1/2013 to 5/31/2013**

Property : **TOWNHOUSE 308W78 LLC**
**308W78**       **308 W 78 ST**
                 **NEW YORK, NY 10024**

| Unit Ref. Num | Suite | Name / Chrg Description | Beginning Balance | Charges and Adj | Payments and Adj | Payment Date | Ending Balance | Deposits / Lease Term |
|---|---|---|---|---|---|---|---|---|
| **308W78-00** | **00** | **DUMMY BILLING** | | | | | | 0.00 |
| Former | | | | | | | | |
| | RNT | Monthly Rent | 0.00 | 0.00 | 0.00 | | 0.00 | |
| | | | 0.00 | 0.00 | 0.00 | | 0.00 | |
| **308W78-3F** | **3F** | **FARBER, LISA** | | | | | | 0.00 |
| | | | | | | | | 08/01/2012 |
| | RNT | Monthly Rent | -1,176.75 | 1,176.75 | 4,707.00 | 5/29/2013 | -4,707.00 | 07/31/2014 |
| | | | -1,176.75 | 1,176.75 | 4,707.00 | | -4,707.00 | |
| **308W78-3R** | **3R** | **LEVIN, MYLES** | | | | | | 2,400.00 |
| | | | | | | | | 08/01/2012 |
| | RNT | Monthly Rent | 0.00 | 2,400.00 | 2,400.00 | 5/1/2013 | 0.00 | 07/31/2013 |
| | | | 0.00 | 2,400.00 | 2,400.00 | | 0.00 | |
| **308W78-4F** | **4F** | **MACHUNZE, KERRIE MONICA** | | | | | | 2,500.00 |
| | | | | | | | | 03/01/2012 |
| | RNT | Monthly Rent | 0.00 | 2,500.00 | 5,000.00 | 5/29/2013 | -2,500.00 | 02/28/2015 |
| | | | 0.00 | 2,500.00 | 5,000.00 | | -2,500.00 | |
| **308W78-4R** | **4R** | **BLOCH, JOHN** | | | | | | 0.00 |
| | | | | | | | | 11/01/2010 |
| | RNT | Monthly Rent | 0.00 | 631.71 | 631.71 | 5/3/2013 | 0.00 | 10/31/2013 |
| | | | 0.00 | 631.71 | 631.71 | | 0.00 | |
| **308W78-5F** | **5F** | **BLAYLOCK, CHERYL** | | | | | | 0.00 |
| | | | | | | | | 03/01/2012 |
| | LAT | Late Charge | 0.00 | 0.00 | 0.00 | | 0.00 | 02/28/2015 |
| | RNT | Monthly Rent | 0.00 | 705.49 | 1,410.98 | 5/29/2013 | -705.49 | |
| | | | 0.00 | 705.49 | 1,410.98 | | -705.49 | |
| **308W78-5R** | **5R** | **MOYNIHAN, JACK** | | | | | | 0.00 |
| | | | | | | | | 09/01/2012 |
| | RNT | Monthly Rent | 0.00 | 333.28 | 333.28 | 5/3/2013 | 0.00 | 08/31/2014 |
| | | | 0.00 | 333.28 | 333.28 | | 0.00 | |
| **308W78-5RW** | **5RW** | **TAXIERA, MARC** | | | | | | 0.00 |
| | | | | | | | | 02/01/2013 |
| | RNT | Monthly Rent | 0.00 | 1,050.00 | 1,050.00 | 5/8/2013 | 0.00 | 01/31/2014 |
| | | | 0.00 | 1,050.00 | 1,050.00 | | 0.00 | |

6/12/2013
User:   JESSICA

**J & M Realty Services Corp.**

**Activity Reconciliation Report**

**5/1/2013  to  5/31/2013**

3:23:10PM
Page 55 of 92

Property :     **TOWNHOUSE 308W78 LLC**
**308W78        308 W 78 ST**
                      **NEW YORK, NY 10024**

| Unit Ref. Num | Suite | Name / Chrg Description | Beginning Balance | Charges and Adj | Payments and Adj | Payment Date | Ending Balance | Deposits / Lease Term |
|---|---|---|---|---|---|---|---|---|
| **Property Totals :** | | | | | | | | 4,900.00 |
| | | RNT Monthly Rent | -1,176.75 | 8,797.23 | 15,532.97 | | -7,912.49 | |
| | | LAT Late Charge | 0.00 | 0.00 | 0.00 | | 0.00 | |
| | | | -1,176.75 | 8,797.23 | 15,532.97 | | -7,912.49 | |

**J & M Realty Services Corp.**

## Billing Summary Report

Property :   TOWNHOUSE 308W78 LLC

| Current Occupants |
| --- |

| Unit Ref No. | Occupant Name | Unit No. | Code | Date | Description | | Amount | | Type |
|---|---|---|---|---|---|---|---|---|---|
| **308W78-3F** | **FARBER, LISA** | 3F | | | | | | | |
| | | | RNT | 05/01/2013 | Monthly Rent | | 1,176.75 | | STD |
| | Totals : STD Charges | 1,176.75 | ACH Charges | 0.00 | Prev Bal | 0.00 | Amt Due | | 1,176.75 |
| **308W78-3R** | **LEVIN, MYLES** | 3R | | | | | | | |
| | | | RNT | 05/01/2013 | Monthly Rent | | 2,500.00 | | STD |
| | | | RNT | 05/01/2013 | Temp Rent Concession | | (100.00) | | STD |
| | Totals : STD Charges | 2,400.00 | ACH Charges | 0.00 | Prev Bal | 0.00 | Amt Due | | 2,400.00 |
| **308W78-4F** | **MACHUNZE, KERRIE MONICA** | 4F | | | | | | | |
| | | | RNT | 05/01/2013 | Monthly Rent | | 2,500.00 | | STD |
| | Totals : STD Charges | 2,500.00 | ACH Charges | 0.00 | Prev Bal | 0.00 | Amt Due | | 2,500.00 |
| **308W78-4R** | **BLOCH, JOHN** | 4R | | | | | | | |
| | | | RNT | 05/01/2013 | Monthly Rent | | 631.71 | | STD |
| | Totals : STD Charges | 631.71 | ACH Charges | 0.00 | Prev Bal | 0.00 | Amt Due | | 631.71 |
| **308W78-5F** | **BLAYLOCK, CHERYL** | 5F | | | | | | | |
| | | | RNT | 05/01/2013 | Monthly Rent | | 705.49 | | STD |
| | Totals : STD Charges | 705.49 | ACH Charges | 0.00 | Prev Bal | 0.00 | Amt Due | | 705.49 |
| **308W78-5R** | **MOYNIHAN, JACK** | 5R | | | | | | | |
| | | | RNT | 05/01/2013 | Monthly Rent | | 333.28 | | STD |
| | Totals : STD Charges | 333.28 | ACH Charges | 0.00 | Prev Bal | 0.00 | Amt Due | | 333.28 |
| **308W78-5RW** | **TAXIERA, MARC** | 5RW | | | | | | | |
| | | | RNT | 05/01/2013 | Monthly Rent | | 1,050.00 | | STD |
| | Totals : STD Charges | 1,050.00 | ACH Charges | 0.00 | Prev Bal | 0.00 | Amt Due | | 1,050.00 |

| Property Totals |
| --- |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Totals : STD Charges | 8,797.23 | ACH Charges | 0.00 | Prev Bal | 0.00 | Amt Due | | 8,797.23 |
| | RNT | Monthly Rent | | 8,797.23 | | | | | |

6/12/2013
User: JESSICA

Case 13-18494-EPK Doc 61 Filed 06/19/13 Page 46 of 52
J & M Realty Services Corp.

3:31:54PM
Page 47 of 77

## Detailed Rent Roll

**5/1/2013 to 5/31/2013**
**Property: TOWNHOUSE 308W78 LLC**
**NEW YORK, NY 10024**

| UNIT REFERENCE NUMBER | OCCUPANT NAME AND ADDRESS | DEPOSITS HELD | PREVIOUS BALANCE | CURRENT BALANCE | TRANSACTIONS IN SELECTED RANGE AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 308W78-00 F FORMER | DUMMY BILLING 308 W 78 ST, APT00 | 0.00 | 0.00 | 0.00 | 1.00 (1.00) | Monthly Rent Billing Adjustments |
| 308W78-3F | FARBER, LISA 308 W 78 ST, APT3F | 0.00 | (1,176.75) | (4,707.00) | 1,176.75 (1,176.75) (1,176.75) (1,176.75) (1,176.75) | Monthly Rent Pymt. Batch 602 Check 1673 Pymt. Batch 602 Check 1674 Pymt. Batch 602 Check 1675 Pymt. Batch 602 Check 1676 |
| 308W78-3R | LEVIN, MYLES 308 W 78 ST, APT3R | 2,400.00 | 0.00 | 0.00 | 2,500.00 (100.00) (2,400.00) | Monthly Rent Temp Rent Concession Pymt. Batch 393 Check 1262 |
| 308W78-4F | MACHUNZE, KERRIE MONICA 308 W 78 ST, APT4F | 2,500.00 | 0.00 | (2,500.00) | 2,500.00 (2,500.00) (2,500.00) | Monthly Rent Pymt. Batch 448 Check 145 Pymt. Batch 602 Check 170 |
| 308W78-4R | BLOCH, JOHN 308 W 78 ST, APT4R | 0.00 | 0.00 | 0.00 | 631.71 (631.71) | Monthly Rent Pymt. Batch 426 Check 333 |
| 308W78-5F | BLAYLOCK, CHERYL 308 W 78 ST, APT5F | 0.00 | 0.00 | (705.49) | 705.49 25.00 (705.49) (25.00) (705.49) | Monthly Rent Late Charge Pymt. Batch 538 Check 1671 Billing Adjustments Pymt. Batch 602 Check 191 |
| 308W78-5R | MOYNIHAN, JACK 308 W 78 ST, APT5R | 0.00 | 0.00 | 0.00 | 333.28 (333.28) | Monthly Rent Pymt. Batch 426 Check 2043 |
| 308W78-5RW | TAXIERA, MARC 308 W 78 ST, APT5RW | 0.00 | 0.00 | 0.00 | 1,050.00 (1,050.00) | Monthly Rent Pymt. Batch 503 Check 11652 |

6/12/2013                          **J & M Realty Services Corp.**                          3:31:54PM
User:   JESSICA                                                                            Page 48 of 77

## Detailed Rent Roll

**5/1/2013 to 5/31/2013**
**Property: TOWNHOUSE 308W78 LLC**
**NEW YORK, NY 10024**

| UNIT REFERENCE NUMBER | OCCUPANT NAME AND ADDRESS | DEPOSITS HELD | PREVIOUS BALANCE | CURRENT BALANCE | TRANSACTIONS IN SELECTED RANGE AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|

**PROPERTY TOTALS :**

| | | | | | |
|---|---|---|---|---|---|
| RNT | Monthly Rent | | | 8,797.23 | |
| LAT | Late Charge | | | 0.00 | |
| | Total Current Charges | | | 8,797.23 | |
| | Previous Balance | | | (1,176.75) | |
| | Cash Received | | | (15,532.97) | |
| | Checks Removed | | | 0.00 | |
| | Deposits Forfeited | | | 0.00 | |
| | NSF Checks | | | 0.00 | |
| | Deposits Decreased | | | 0.00 | |
| | Open Credits Refunded | | | 0.00 | |
| | Accounts Receivable Balance | | | (7,912.49) | |
| | Security Deposits Held | | | 4,900.00 | |

**ADDITIONAL OPEN CREDITS:**

| | | | | | |
|---|---|---|---|---|---|
| RNT | Monthly Rent | | | 3,530.25 | |
| | Total Open Credits | | | 3,530.25 | |

**OPEN CREDITS APPLIED:**

| | | | | | |
|---|---|---|---|---|---|
| RNT | Monthly Rent | | | 100.00 | |
| | Total Applied Open Credits | | | 100.00 | |

**J & M Realty Services Corp.**

### AP Check Register

**TOWNHOUSE 308W78, LLC**

**Date Range : 5/1/2013 To 5/31/2013 For Cash Account 1**

| Check | Check Date | Vendor | Vendor Name | Vch # | Invoice Number | Invoice Date | Gross Amount | Discount | Net Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000092 | 05/02/2013 | AFCO | AFCO | 00126 | 80576-041213 | 04/12/2013 | 795.74 | 0.00 | 795.74 | 795.74 |
| 000093 | 05/02/2013 | JJ | J-J PLUMBING CORP. | 00110 | JJ-2551 | 01/18/2013 | 1,500.00 | 0.00 | 1,500.00 | 1,500.00 |
| 000094 | 05/03/2013 | ROYS | ROY'S SEWER SERVICE LTD. | 00128 | 5984 | 02/27/2013 | 179.64 | 0.00 | 179.64 | 179.64 |
| 000095 | 05/16/2013 | JJ | J-J PLUMBING CORP. | 00110 | JJ-2551 | 01/18/2013 | 550.00 | 0.00 | 550.00 | 550.00 |
| 000096 | 05/16/2013 | QUINN | QUINN EXTERMINATING CO | 00129 | 460311 | 03/15/2013 | 81.66 | 0.00 | 81.66 | |
| | | | | 00130 | 460312 | 04/15/2013 | 81.66 | 0.00 | 81.66 | |
| | | | **Total for Check Number 000096** | | | | 163.32 | 0.00 | 163.32 | 163.32 |
| 000097 | 05/16/2013 | SOS | SOS LOCKSMITH CORP. | 00131 | 5823 | 04/08/2013 | 136.09 | 0.00 | 136.09 | 136.09 |
| 000098 | 05/22/2013 | J&M | J&M REALTY SERVICES CORP. | 00132 | 08W78-022613 | 02/26/2013 | 353.08 | 0.00 | 353.08 | |
| | | | | 00133 | 308W78-3R | 05/17/2013 | 10.00 | 0.00 | 10.00 | |
| | | | **Total for Check Number 000098** | | | | 363.08 | 0.00 | 363.08 | 363.08 |
| 000099 | 05/24/2013 | AFCO | AFCO | 00134 | 80576-051413 | 05/14/2013 | 795.74 | 0.00 | 795.74 | 795.74 |
| 000EFT | 05/10/2013 | CONED | CON EDISON | 00127 | 00058-043013 | 04/30/2013 | 1,058.77 | 0.00 | 1,058.77 | |
| | | | | 00135 | RETAXES | 05/28/2013 | 2,013.00 | 0.00 | 2,013.00 | |
| | | | **Total for Check Number 000EFT** | | | | 3,071.77 | 0.00 | 3,071.77 | 3,071.77 |
| | | | **Cash Account 1 Totals** | | | | 7,555.38 | 0.00 | 7,555.38 | 7,555.38 |
| | | | **Property/Company Totals for   TOWNHOUSE 308W78, LLC** | | | | 7,555.38 | 0.00 | 7,555.38 | 7,555.38 |

**J & M Realty Services Corp.**

## AP Expense Distribution

**308W78 - TOWNHOUSE 308W78, LLC**

For Cash Account : All
From 5/1/2013 To 5/31/2013

GL Account

| Vchr | Vendor / Description | Invoice No. | Check No. | Amount | Account Total |
|------|------|------|------|------|------|
| **6010-0000** | **REAL ESTATE TAX** | | | | |
| 00135 | NYCDF - NEW YORK CITY DEPT OF FINANCE | | | | |
| | RE TAXES | RETAXES | 000EFT | 2,013.00 | 2,013.00 |
| **6056-0000** | **FUEL - GAS** | | | | |
| 00127 | CONED - CON EDISON | | | | |
| | Fuel- Gas | 00058-043013 | 000EFT | 934.52 | 934.52 |
| **6060-0000** | **ELECTRIC** | | | | |
| 00127 | CONED - CON EDISON | | | | |
| | Electricity | 00058-043013 | 000EFT | 124.25 | 124.25 |
| **6080-0000** | **INSURANCE** | | | | |
| 00126 | AFCO  - AFCO | | | | |
| | Insurance | 80576-041213 | 000092 | 795.74 | |
| 00134 | AFCO  - AFCO | | | | |
| | Insurance | 80576-051413 | 000099 | 795.74 | 1,591.48 |
| **6100-0000** | **EXTERMINATING** | | | | |
| 00129 | QUINN - QUINN EXTERMINATING CO | | | | |
| | Extermination | 460311 | 000096 | 81.66 | |
| 00130 | QUINN - QUINN EXTERMINATING CO | | | | |
| | Extermination | 460312 | 000096 | 81.66 | 163.32 |
| **6165-0000** | **PLUMBING** | | | | |
| 00110 | JJ   - J-J PLUMBING CORP. | | | | |
| | INSTALLED REMOTE THERMOSTATS | JJ-2551 | 000093 | 1,500.00 | |
| 00110 | JJ   - J-J PLUMBING CORP. | | | | |
| | INSTALLED REMOTE THERMOSTATS | JJ-2551 | 000095 | 550.00 | |
| 00128 | ROYS  - ROY'S SEWER SERVICE LTD. | | | | |
| | Plumbing | 5984 | 000094 | 179.64 | 2,229.64 |

6/14/2013
User:    JESSICA

11:36:23AM
Page 2 of 2

**J & M Realty Services Corp.**

## AP Expense Distribution

**308W78 - TOWNHOUSE 308W78, LLC**

For Cash Account : All
From 5/1/2013 To 5/31/2013

**GL Account**

| Vchr | Vendor | Description | Invoice No. | Check No. | Amount | Account Total |
|------|--------|-------------|-------------|-----------|--------|---------------|
| **6172-0000** | **KEYS/LOCKS** | | | | | |
| 00131 | SOS  - SOS LOCKSMITH CORP. | | | | | |
| | | Keys/Locks | 5823 | 000097 | 136.09 | 136.09 |
| **6365-0000** | **PROFESSIONAL FEES** | | | | | |
| 00133 | J&M  - J&M REALTY SERVICES CORP. | | | | | |
| | | Professional Fees | 308W78-3R | 000098 | 10.00 | 10.00 |
| **6415-0000** | **SUPPLIES** | | | | | |
| 00132 | J&M  - J&M REALTY SERVICES CORP. | | | | | |
| | | Supplies | 08W78-022613 | 000098 | 353.08 | 353.08 |
| | | | | **Distribution Total** | | 7,555.38 |

### Account Summary

| Account | Account Description | Debit | Credit |
|---------|---------------------|-------|--------|
| 6010-0000 | REAL ESTATE TAX | 2,013.00 | |
| 6056-0000 | FUEL - GAS | 934.52 | |
| 6060-0000 | ELECTRIC | 124.25 | |
| 6080-0000 | INSURANCE | 1,591.48 | |
| 6100-0000 | EXTERMINATING | 163.32 | |
| 6165-0000 | PLUMBING | 2,229.64 | |
| 6172-0000 | KEYS/LOCKS | 136.09 | |
| 6365-0000 | PROFESSIONAL FEES | 10.00 | |
| 6415-0000 | SUPPLIES | 353.08 | |
| 1110-0000 | CHASE OP | | 7,555.38 |
| | | 7,555.38 | 7,555.38 |

**Jessica Edelman**

---

**From:**            donotreply@link2gov.com
**Sent:**            Tuesday, May 28, 2013 3:09 PM
**To:**              Jessica Edelman
**Subject:**         NYC Property Tax Payment Confirmation


This e-mail will serve as confirmation that your payment was received.
The transaction information is listed below:

```
Confirmation Number:       3589540001
Date and Time:             05/28/2013 03:08 PM (ET).
BBLE Number:               1 1186 36
Payment Method:            EP
Account Number Last 4:     4920
Payment Amount:            $2013.00
Convenience Fee:           $
Total Amount Paid:         $2013.00
```

This payment pertains to property tax and property related charges only.
This email is automatically generated.  Please do not reply to this email.
Please Keep This For Your Records



**Finance**

nyc.gov/finance

# NOTICE OF PROPERTY VALUE

#BWNFFBV
#5561698130115018#

2762064220    PRESORT 84220 1 SP 0.450 P3C282 <34>

TOWNHOUSE 308W78 LLC
J&M REALTY SERVICES CORP.
343 SAINT NICHOLAS AVE STE 1
NEW YORK NY 10027-7602

JANUARY 15, 2013

## What is This Notice?

This notice gives you information about how we value your property. **THIS IS NOT A BILL**

## Property Description

| | |
|---|---|
| Owner Name | TOWNHOUSE 308W78 LLC |
| Property Address | 308 WEST  78 STREET |
| Borough-Block-Lot | MANHATTAN (1)-1186-36 |
| Tax Class | 2A *(Residential Property With Up To Ten Units And Some Commercial Space)* |
| Building Class | C2 *(Walk-Up Apartments)* |

## Property Assessment



| | July 1, 2012 thru June 30, 2013 | Change | July 1, 2013 thru June 30, 2014 |
|---|---|---|---|
| Market Value | $3,022,000 | +$26,000 | $3,048,000 |
| Effective Market Value | -- | -- | $1,132,702 |
| Level of Assessment | 45% | -- | 45% |
| Assessed Value | $471,960 | +$37,756 | $509,716 |

Exemption: None

## Important Information

**If you disagree with the property value**, you may appeal to the NYC Tax Commission no later than **March 1, 2013.** Your Assessed Value will not be reduced unless you can demonstrate that the value of your property is less than your Effective Market Value of $1,132,702.

## Hurricane Sandy Damage

We adjusted property values due to Hurricane Sandy where applicable.  Please read the Hurricane Sandy insert enclosed with this letter for directions on what to do if you feel that we did not capture your hurricane damage correctly.

## Questions?

Visit nyc.gov/finance or contact 311 for more detailed information about your property, this notice, and to read our Class 2 Property Tax Guide.

67766
001406.01