

**ORDERED in the Southern District of Florida on June 19, 2013.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                              CASE NO. 13-18494-EPK
                                                                    CHAPTER 11
**Starfish Capital LLC,**

     Debtor.
_____/

### ORDER DENYING MOTION FOR AN ORDER AUTHORIZING AND DIRECTING EXAMINATION OF THE DEBTOR PURSUANT TO RULE 2004

**THIS MATTER** came before the Court upon the *Motion of DRTW, LLC, DS Ventures, LLC and Donald Rubin for an Order Authorizing and Directing Examination of the Debtor Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* [ECF No. 54] (the "Motion") filed by DRTW, LLC, DS Ventures, LLC and Donald Rubin (collectively, the "Movants"). With the Court having considered the Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 54] is DENIED. The Movants shall follow the procedures set forth in Local Rule 2004-1.

###

Copies furnished to:

Michael H. Nullman, Esq.

*Michael H. Nullman, Esq. is directed to serve a copy of this order on all appropriate parties and file a certificate of service.*