UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                                  Case No. 13-18494-EPK
STARFISH CAPITAL LLC,                                              Chapter 11
Debtor.
_____/

**Debtor's Motion for Voluntary Dismissal**

Debtor through counsel moves for voluntary dismissal of this case and respectfully represents:

This chapter 11 petition was filed 4/15/13.

Debtor has elected to move to dismiss this case pursuant to 11 USC 1112, and as cause would show that it has determined it cannot meet the requirements of assumption of the executory contract with DRTW.

Wherefore Debtor moves to voluntarily dismiss this case without prejudice, and agrees to file MOR reports and pay US Trustee fees as required.

**I hereby certify** that a true and correct copy of the foregoing was served upon all parties as indicated, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party.

JOEL M. ARESTY, P.A.
Counsel for Debtor
**Offices at Sailboat Cay**
**13499 Biscayne Blvd**
**STE T3 (18th Floor)**
**North Miami, FL 33181-2061**
**Phone: 305-904-1903**
**Fax: 877-350-9402**
E-mail: Aresty@Mac.com
http://www.Joelaresty.com
By: /s: Joel M. Aresty
Fla. Bar No. 197483

Copies to:  Debtor  U.S. trustee