United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 13-18494-EPK
Starfish Capital LLC                                                    Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9          User: youngt              Page 1 of 1            Date Rcvd: Feb 12, 2018
                              Form ID: CGFD17           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2018.
aty             +Stephen Bobo,    10 S Wacker Dr. 40 Fl,    Chicago, IL 60606-7506
                +Heidi A. Feinman,    Office of the US Trustee,    51 SW 1 Ave #1204,    Miami, FL 33130-1614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
              Heidi A Feinman    on behalf of U.S. Trustee    Office of the US Trustee Heidi.A.Feinman@usdoj.gov
              Joel M. Aresty, Esq.    on behalf of Debtor    Starfish Capital LLC aresty@mac.com
              Michael H Nullman    on behalf of Creditor Donald  Rubin mnullman@nasonyeager.com,
               creyes@nasonyeager.com
              Michael H Nullman    on behalf of Creditor    DRTW, LLC mnullman@nasonyeager.com,
               creyes@nasonyeager.com
              Michael H Nullman    on behalf of Creditor    DS Ventures, LLC mnullman@nasonyeager.com,
               creyes@nasonyeager.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 6

Form CGFD17  (10/15/10)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13–18494–EPK

Chapter: 11

**In re:**

Starfish Capital LLC
3960 S Ocean Blvd
Delray, FL 33483

EIN: 27–1641488

## NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT OR MOTIONS TO REQUEST REDACTION OF TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding held on 06/20/2013 has been filed on 2/9/2018 by the court reporter in the above captioned matter.

Pursuant to the "Bankruptcy Court Guidelines on Electronic Availability of Transcripts and Procedures for Transcript Redaction", the parties have until **02/16/2018** to file with the court a local form "Notice of Intent to Request Redaction of Transcript." Parties timely filing the local form "Notice of Intent to Request Redaction of Transcript" shall, within 21 days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested.

Parties seeking to review the unredacted transcript filed with the court may either (1) purchase a copy of the transcript from the court reporter: Ouellette and Mauldin Court Reporters, 28 West Flagler St., Suite 808, Miami, Florida 33130, (305) 358–8875; or (2) view a copy of the transcript at no charge in any of the clerk's three divisional offices.

If a "Statement of Personal Data Identifier Redaction Request" is filed, the redacted transcript is due **03/12/2018**.

Absent the filing of a timely motion related to redaction, or further order of the court, the transcript will be made available after **05/10/2018** for remote electronic access and at the clerk's office public terminals for viewing and printing.

**Dated: 2/12/18**

**CLERK OF COURT**
By: Tonisha Young
Deputy Clerk

The clerk shall serve a copy of this notice on all case participants listed as appearances on the transcript.